# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT DAMON CLARK,

    Petitioner,

v.

CHARLES DANIELS, *et al.*,

    Respondents.

Case No. 3:21-cv-00276-HDM-CLB

**ORDER**

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by Robert Damon Clark, an individual incarcerated at the Northern Nevada Correctional Center. Clark initiated this action on June 21, 2021, by submitting his habeas petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1).

Clark's application to proceed *in forma pauperis* is incomplete, in that it does not include the required financial certificate, signed by an authorized prison officer. *See* Local Rule LSR 1-2. The Court will, therefore, deny the application to proceed *in forma pauperis*, without prejudice to Clark filing a new application to proceed *in forma pauperis*. The Court will grant Clark time to either pay the filing fee for this action or file a new application to proceed *in forma pauperis*. If Clark wishes to pay the filing fee, he must have $5 sent to the Clerk of the Court, with a cover letter indicating the case number of this action. If Clark fails to pay the filing fee or file a new *in forma pauperis* application within the time allowed, this action will be dismissed.

**IT IS THEREFORE HEREBY ORDERED** that the Application to Proceed *in Forma Pauperis* (ECF No. 1) is denied, without prejudice.

**IT IS FURTHER ORDERED** that Petitioner will have 45 days from the date of this order to either pay the $5 filing fee for this action as instructed above or file a fully

1

completed application to proceed *in forma pauperis*, including the required financial certificate.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to Petitioner, along with a copy of this order, two form *in forma pauperis* applications.

DATED THIS 6th day of July, 2021.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE